IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ASHLEY DIXON,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION AND RIB
MANAGEMENT COMPANY,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5698

_____/

Opinion filed October 6, 2017.

An appeal from the Reemployment Assistance Appeals Commission.

Ashley Dixon, pro se, Appellant.

Amanda L. Neff, Reemployment Assistance Appeals Commission, Tallahassee, for
Appellee.

PER CURIAM.

      AFFIRMED.

BILBREY, WINSOR, and M.K. THOMAS, JJ., CONCUR.